UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DIRECTV, LLC,<br>a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>HERMAN R. SHIRAH, JR., a/k/a RUDY SHIRAH, individually, and as officer, director, shareholder and/or principal of PANACEA OF THE ISLANDS, INC., d/b/a THE ISLANDER,<br><br>and<br><br>PANACEA OF THE ISLANDS, INC., d/b/a THE ISLANDER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV413-110 |

## ORDER

The Court having reviewed and considered the petition of Maria B. Siegel of the law firm of Lonstein Law Office, P.C., 80 North Main Street, Ellenville, New York 12428, for permission to appear pro hac vice on behalf of plaintiff DIRECTV, LLC, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Maria B. Siegel as counsel of record for plaintiff DIRECTV, LLC, in this case.

**SO ORDERED** this __1st__ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA