# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

DIRECTV, LLC,
*a California Limited Liability Company,*

    Plaintiff,

v.

HERMAN R. SHIRAH, JR., *a/k/a* RUDY SHIRAH, *individually, and as officer, director, shareholder and/or principal of* PANACEA OF THE ISLANDS, INC., *d/b/a* THE ISLANDER,

and

PANACEA OF THE ISLANDS, INC., *d/b/a* THE ISLANDER,

    Defendants.

Case No. CV413-110

## ORDER

The Court having reviewed and considered the petition of Christopher J. Hufnagel of the law firm of Lonstein Law Office, P.C., 80 North Main Street, Ellenville, New York 12428, for permission to appear pro hac vice on behalf of plaintiff DIRECTV, LLC, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Christopher J. Hufnagel as counsel of record for plaintiff DIRECTV, LLC, in this case.

**SO ORDERED** this __31st__ day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA