AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DirectTV, LLC

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-110

Panacea of the Islands, Inc. et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 27, 2017, this Court grants Plaintiff's request dismissing Count II with prejudice. The Court awards Plaintiff $20,000 in damages, $1,276.00 in costs, and $31,782.00 in attorney fees. This action stands closed.



April 27, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03